UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:14-cv-00449 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| BERKELEY BOWL PRODUCE INC., | |
| Defendant. | |

This is an ADA case that is subject to the case management deadlines set forth in this district's General Order 56. In its last order, the court continued the deadline for the parties to conduct their joint site inspection to October 15, 2014. (8/29/2014 Order, ECF No. 19.) So far, there is no indication on the docket that the site inspection occurred, and it does not appear that the parties have complied with the remaining deadlines in General Order 56. Accordingly, the court orders Plaintiff to show cause why this action should not dismissed without prejudice for her failure to prosecute it. Plaintiff shall do so in writing no later than May 18, 2015.

**IT IS SO ORDERED.**

Dated: May 8, 2015

_____
LAUREL BEELER
United States Magistrate Judge