RUSSELL S. HUMPHREY (SBN 208744)
HUMPHREY LAW GROUP
1420 S. Mills Avenue, Suite H
Lodi, CA 95242
Telephone: 209-625-8976
Facsimile: 209-625-8673
Email: russell@humphreylawgroup.net
Attorney for Plaintiff, Francisca Moralez

DAVID GOLDMAN
WENDEL ROSEN, ET AL.
111 Broadway, 24th Floor
Oakland, CA 94607
Telephone: 510-834-6600
Facsimile: 510-808-4658
Attorney for Defendant, Berkeley Bowl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BERKELEY BOWL PRODUCE, INC.<br><br>　　　　　Defendants. | No. 3:14-cv-00449-LB<br><br>STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE<br><br>Complaint Filed: 1/30/14 |

　　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2). The Parties shall bear their own costs and attorneys' fees in connection with this lawsuit and the negotiation and preparation of this agreement.

///

///

DATED: May 11, 2015

**HUMPHREY LAW GROUP**

By _____
RUSSELL S. HUMPHREY
Attorney for Plaintiff

DATED: May 11, 2015

**WENDEL ROSEN BLACK & DEAN**

By _____
DAVID GOLDMAN
Attorney for Defendant

# ORDER

Pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice.

Dated this __13th__ day of __May__, 2015.

_____
LAUREL BEELER
United States Magistrate Judge